**UNITED STATES of America, Appellee,**

v.

**Thomas L. GRAHAM, Appellant.**

No. 09–3270.

United States Court of Appeals, Eighth Circuit.

Submitted: May 4, 2010.

Filed: May 25, 2010.

Larry C. Pace, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

District of Missouri.

D. Michael Green, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Thomas L. Graham was charged with possession of a stolen firearm, in violation of 18 U.S.C. § § 922(j) and 924(a)(2). Graham pleaded guilty in accord with a written plea agreement, which contained an appeal waiver. The district court[1] sentenced Graham to 115 months in prison, within the advisory Guidelines sentencing range. On appeal, counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), challenging the reasonableness of the sentence.

We will enforce the appeal waiver in this case because Graham's appeal falls within the scope of the waiver, the record shows the requisite knowledge and voluntariness, and enforcing the appeal waiver would not constitute a miscarriage of justice. *See United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir.2003) (en banc) (court should enforce appeal waiver and dismiss appeal where appeal falls within scope of waiver, both plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result); *see also United States v. Estrada–Bahena*, 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver in *Anders* case).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issue not covered by the waiver. Accordingly, we grant

counsel leave to withdraw, and we dismiss this appeal.

1. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.